FORM 9. Certificate of Interest

Form 9
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HELEN FUREY    v.    U.S. DEP'T OF THE TREASURY

Case No. 17-1975

## CERTIFICATE OF INTEREST

Counsel for the:
☒ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| HELEN H. FUREY | HELEN H. FUREY | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

SARA MCDONOUGH, ALAN LESCHT AND ASSOCIATES, P.C.

May 16, 2017
Date

/s/ signature
Signature of counsel

Jack Jarrett
Printed name of counsel

Please Note: All questions must be answered

cc: _____

Reset Fields